1  **TORRES | TORRES STALLINGS**
   **A LAW CORPORATION**
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Email: dtorres@lawtorres.com

Attorney for:
ANDREW CONTRERAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:24-CR-00295-KES-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO TERMINATE LOCATION MONITORING** |
| v. | |
| ANDREW CONTRERAS, | |
| Defendants. | |

TO: THE HONORABLE ERICA P. GROSJEAN, THE CLERK OF THE UNITED STATES DISTRICT COURT, AND ARIN HEINZ ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ANDREW CONTRERAS, by and through his attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court remove the location monitoring condition.

   On November 27, 2024, Mr. Contreras was released on pretrial supervision. Since his release Mr. Contreras has fully adhered to the ordered conditions of his release, including the restrictions of the location monitoring. Mr. Contreras has not violated his curfew and has provided verification for all scheduled that have been approved outside of his curfew for employment purposes.

1

Mr. Contreras initially tested positive for marijuana due to having been a habitual marijuana user for a number of years prior to his arrest and were likely the result of residual elimination. However, as of February 22, 2025, Mr. Contreras drug tests have yielded negative results. Mr. Contreras almost immediately secured employment at Popeye's Chicken in Tejon, CA and he has often been asked to work extra hours to cover the shift of others who have called out sick or did not show up for work. Mr. Contreras' supervisor relies on him and has offered him the chance to work more hours once he is off the location monitor.

Mr. Contreras also has chickens that he raises, and he goes to feed and water them every day early in the morning. His mother has also been ill, and he helped care for her, until she was recently placed in a medical facility for diabetes complications. He visits with his mother regularly, and he also cares for his younger sister, as their mother is currently unable.

It is stipulated between all counsel and Pretrial Service Officer Frank Guerrero, that Andrew Contreras be released from the location monitor. All prior orders are to remain in full force and effect.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 16, 2025     */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ANDREW CONTRERAS

DATED: April 16, 2025     */s/Arin Heinz*
ARIN HEINZ
Assistant U.S. Attorney

2

# **ORDER**

**IT IS SO ORDERED** that Andrew Contreras' Pretrial Supervision be amended and his location monitoring condition be removed. Mr. Contreras must abide by all other conditions of his release.

IT IS SO ORDERED.

Dated:   **April 16, 2025**                               /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE