**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ANDREW CONTRERAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>Plaintiff,  <br>v.  <br>ANDREW CONTRERAS,  <br>Defendants. | Case No.  1:24-CR-00295-KES-BAM  <br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

TO: THE HONORABLE BARBARA A. MCAULIFEE, THE CLERK OF THE UNITED

STATES DISTRICT COURT, AND LUKE BATY ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, ANDREW CONTRERAS, by and through his attorney of

record, DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court

to modify Pretrial Release Condition 7(c).

    On November 27, 2024, Mr. Contreras was released on pretrial supervision. Since his

release Mr. Contreras has fully adhered to the ordered conditions of his release, including the

restrictions on his place of residence. It's is my understanding that Pretrial Services Officer Frank

Guerrero has no objection to modify condition 7(c), allowing Mr. Contreras to reside as approved

1

by Pretrial Services and not move or be absent from the approved residence for more than 24 hours without prior approval of the pretrial services officer.

It is stipulated between all counsel and Pretrial Service Officer Frank Guerrero, that the pretrial release condition 7(c), restricting any change in residences, be amended. All prior orders are to remain in full force and effect.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: December 18, 2025   */s/ David A Torres*  
DAVID A. TORRES  
Attorney for Defendant  
ANDREW CONTRERAS

DATED: December 18, 2025   */s/Luke Baty*  
LUKE BATY  
Assistant U.S. Attorney

2

# **ORDER**

**IT IS SO ORDERED** that Andrew Contreras' Pretrial Supervision be amended and release condition, 7(c), restricting any change in residences, be modified, allowing Mr. Contreras to reside as approved by Pretrial Services and not move or be absent from the approved residence for more than 24 hours without prior approval of the pretrial services officer. Mr. Contreras must abide by all other conditions of his release.

IT IS SO ORDERED.

Dated:   **December 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge

3