**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN1350596
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
ANDREW CONTRERAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 24-CR-00295 KES-EPG |
| | ) |
| Plaintiff, | ) |
| | ) **DEFENDANTS REQUEST AND WAIVER** |
| vs. | ) **OF APPEARANCE** |
| | ) |
| ANDREW CONTRERAS, | ) |
| | ) |
| Defendant, | ) |

Defendant, ANDREW CONTRERAS, hereby waives his appearance in person in open court upon the initial appearance set for Wednesday, May 13, 2026, of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, David A. Torres. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 5/7/26                     /s/Andrew Contreras
                                 ANDREW CONTRERAS

Date: 5/7/26                     /s/David A. Torres
                                 DAVID A. TORRES
                                 Attorney for Defendant

Defendants Request and Waiver of Appearance - 1

**ORDER**

Good cause appearing, defendant ANDREW CONTRERAS is hereby excused from appearing at this court hearing scheduled for Wednesday, May 13, 2026.

IT IS SO ORDERED.

Dated:   **May 8, 2026**                     /s/ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE