ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1: 24-CR-00295-KES-EPG |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JOSE CONTRERAS, ET AL. | |
| Defendants. | DATE: May 13, 2026<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through its counsel of record, and Defendant Andrew Contreras, by and through his counsel of record, hereby stipulate as follows. The parties base this stipulation on good cause. Specifically,

1. By previous order, this matter was set for a status conference on May 13, 2026, at 1:00 p.m.

2. By this stipulation, the defendant, Andrew Conteras, now moves to continue the status

1

conference and to exclude time between May 13, 2026 and July 22, 3036, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The parties agree and stipulate, and request that the Court find the following:

   a. A federal grand jury returned a superseding indictment on August 28, 2025 against defendants Jose Contreras, Andrew Contrera and Alejandro Hernandez. The indictment added additional Counts against Jose Contreras and added a third co-defendant, Alejandro Hernandez. Jose Conteras was arraigned on August 29, 2025, and Alejandro Hernandez was arraigned on September 17, 2025.

   b. Thereafter, government provided initial and supplemental discovery to defense counsel for Jose Contreras and Alejandro Hernandez in accordance with the statutory timeline. No new discovery was provided to Andrew Contreras as his charges did not change from the initial indictment. The new discovery provided to Alejandro Hernandez and Jose Contreras is subject to a protective order as is contains sensitive information.

   c. Alejandro Hernandez requires time to review the discovery provided and conduct his own investigation into the underlying charges..

   d. Andrew Contreras requests additional time to continue to conduct his own investigation and discuss potential resolution of the case via a plea with the Government.

   e. The government extended a plea offer in November of 2025.

   f. Counsel for Andrew Contreras is currently engaged in a months long trial in Kern County Superiror Court through June 26, 2026.

   g. As a result, Counsel is unable to appear on the May 13, 2026 status conference.

   h. Additionally, Counsel requires additional time to discuss the government's plea offer

and explore case resolutions with Andrew Contreras and the government prior to setting the case for trial.

i. Therefore, counsel for Andrew Contreras requests to continue the status conference and exclude time, as detailed below.

j. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

k. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2026 to July 22, , 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant Andrew Contreras request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

3

Dated:  May 8, 2026

ERIC GRANT
Acting United States Attorney


By:  /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney


Dated: May 8, 2026

By:  /s/ *David Torres*
DAVID TORRES
Counsel for Defendant
Andrew Contreras

4

**O R D E R**

IT IS ORDERED that the status conference currently set for May 13, 2026 at 1:00 pm is continued to July 22, 2025 at 1:00pm in Courtroom before Magistrate Judge Erica P. Grosjean. IT IS FURTHER ORDERED THAT the period of time from **May 13, 2026,** through **July 22, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **May 8, 2026**            /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

5