ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE CONTRERAS, ET. AL.<br>Defendants. | Case No: 1: 24-CR-00295-KES-EPG<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: July 22, 2026<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows The parties base this stipulation on good cause. Specifically,

1. By previous order, this matter was set for a status conference on July 22, 2026, at 1:00 p.m.before the Honorable Erica P. Grosjean.

2. By this stipulation, the defendants Jose Contreras, Andrew Contreras, and Alejandro Hernandez now move to continue the status conference and to exclude time between July 22, 2026, and October 14, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The parties agree and stipulate, and request that the Court find the following:

   a. A federal grand jury returned a superseding indictment on August 28, 2025 against defendants Jose Contreras, Andrew Contrera and Alejandro Hernandez. The indictment added additional Counts against Jose Contreras and added a third co-defendant, Alejandro Hernandez. Jose Conteras was arraigned on August 29, 2025, and Alejandro Hernandez was arraigned on September 17, 2025.

   b. Thereafter, government provided initial and supplemental discovery to defense counsel for Jose Contreras and Alejandro Hernandez in accordance with the statutory timeline. No new discovery was provided to Andrew Contreras as his charges did not change from the initial indictment. The new discovery provided to Alejandro Hernandez and Jose Contreras is subject to a protective order as is contains sensitive information.

   c. Discovery is voluminous, and covers roughly 62,000 Bates stamps.

   d. Reproduction of discovery to Alejandro Hernandez was required in May 2026 due to technical errors during the first production. Counsel for Hernandez is continues to evaluate the discovery and requires several meetings with Alejandro Hernandez in the next several weeks to discuss the discovery and the Government's plea offer.

   e. As a result, Counsel for Alejandro Hernandez requests to continue the status conference to October 14, 2026 and exclude time, as detailed below.

   f. Andrew Contreras requests additional time to continue to conduct his own investigation and discuss potential resolution of the case via a plea with the

Government. Therefore, counsel for Andrew Contreras requests to continue the status conference and exclude time, as detailed below.

g. Counsel for Andrew Contreras is currently recovering from procedure on his foot, and is currently immobile on the advice of his physician. As a result, counsel for Andrew Contreras has not had time and mobility to meet with his client regarding the Government's plea offer and the discovery. Counsel for the Andrew Contreras expects to finalize these decisions once he returns to mobility in August of 2026.

h. Therefore, counsel for Andrew Contreras requests to continue the status conference to October 14, 2026 and exclude time, as detailed below.

i. Jose Contreras requests additional time to continue to conduct his own investigation and discuss potential resolution of the case via a plea with the Government.

j. Previous Counsel for Jose Contreras was replaced by Eric Kersten in May 2026. Due to the volume of discovery, Counsel Kersten requires additional time to evaluate the discovery and confer with Jose Contreras. Additionally, Counsel Kersten is also preparing for a trial expected to begin September 15, 2026.

k. As a result, Counsel Kersten requests a continued status conference date on October 14, 2026 and exclude time as detailed below.

l. Defendants Jose Contreras, Alejandro Hernandez, and Andrew Conteras ask the Court to exclude time between July 22, 2026, and October 14, 2026, to account for time to conduct their own investigation, discuss potential resolution of the case via a plea agreement, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

m. The government does not object to the continuance.

n. The ends of justice served by continuing the case as requested outweigh the interest

of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

o. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2026 to October 14, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant Andrew Contreras and Alejandro Hernandez's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2026

ERIC GRANT
Acting United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: July 15, 2026

By: /s/*Eric Kersten*
ERIC KERSTEN
Counsel for Defendant
Jose Contreras

Dated: July 15, 2026

By: /s/ *David Torres*
DAVID TORRES

Counsel for Defendant
Andrew Contreras

Dated: July 15, 2026

By: /s/ *Mai Shawwa*
Mai Shawwa
Counsel for Defendant
Alejandro Hernandez

**ORDER**

IT IS ORDERED that the status conference is continued from July 22, 2026 at 1:00 pm to October 14, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Erica P. Grosjean.

IT IS FURTHER ORDERED THAT the period of time from **July 22, 2026,** through **October 14, 2026,** is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **July 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE