**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ANDREW CONTRERAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANDREW CONTRERAS,<br>Defendants. | Case No. 1:24-CR-00295-KES-EPG<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

TO: THE HONORABLE ERICA P. GROSJEAN, THE CLERK OF THE UNITED STATES DISTRICT COURT, AND LUKE BATY ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANDREW CONTRERAS, by and through his attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby moves that the court to modify Pretrial Release Condition 6 and replace Karla Maldonado as the third-party custodian with his mother-in-law, Flora Mary Bautista.

On November 27, 2024, Mr. Contreras was released on pretrial supervision. Since his release Mr. Contreras has fully adhered to the ordered conditions of his release, including the restrictions on his place of residence. The court previously approved Karla Maldonado, defendant's sister, to serve as the third-party custodian. Mr. Contreras requests that his mother-in-

law Flora Mary Bautista be appointed as his third-party custodian. Pretrial Services Officer Frank Guerrero has interviewed and evaluated Flora Bautista and has determined that she is suitable to serve as a third-party custodian. Neither Karla Maldonado, nor Pretrial Service Officer Frank Guerrero has no objection to modify condition 6.

It is stipulated between all counsel and Pretrial Services Officer Frank Guerrero, that the pretrial release condition 6, appointing Flora Mary Bautista as a third-party custodian, be amended. All prior orders are to remain in full force and effect.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: July 17, 2026

***/s/ David A Torres***
DAVID A. TORRES
Attorney for Defendant
ANDREW CONTRERAS

DATED: July 17, 2026

***/s/Luke Baty***
LUKE BATY
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that Andrew Contreras' Pretrial Supervision be amended and release condition, 6, are modified to appoint Flora Mary Baustista as the approved third-party custodian in place of Karla Maldonado. Mr. Contreras must abide by all other conditions of his release.

IT IS SO ORDERED.

Dated: **July 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE