**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN1350596
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
ANDREW CONTRERAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANDREW CONTRERAS,<br>Defendant, | Case No.: 24-CR-00295 KES-EPG<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Defendant, ANDREW CONTRERAS, hereby waives his appearance in person in open court upon the Status Conference set for Wednesday, October 14, 2026, of the above-entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, David A. Torres. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/12/26

***/s/Andrew Contreras***
ANDREW CONTRERAS

Date: 10/12/26

***/s/David A. Torres***
DAVID A. TORRES
Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEREBY ORDERED** that defendant ANDREW CONTRERAS is hereby excused from appearing at this court hearing scheduled for Wednesday, October 14, 2026.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE